**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
THIRD AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **GERDA WILLIAMS** CASE NO. **12-40944-BKC-RAM**
Last four digits of SS No. 2839

**MONTHLY PLAN PAYMENT:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

**A. $6,765.43** for months **1** to **5** beginning **January 31, 2012;**
**B. $10,118.64** for months **6** to **60, June 31, 2013**; in order to pay the following creditors:

**Administrative:** Attorney's Fees: $8,300.00 (SAFE HARBOR; Base-$3,500.00, Cost-$150.00, Motion to Value Real Property-$775.00, Motion to Value Real Property-$775.00, Motion to Value Real Property-$775.00, Motion to Value Real Property-$775.00, Motion to Value Real Property-$775.00, Motion to Value Real Property-$775.00; Paid Fees: $2,500.00; Balance Due: $5,800.00; payable $1,160.00/mo. (Mo. 1 to 5)
**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3

**1. BANK OF AMERICA (1st Mtg Inv. Prop. #1 - 6712 SW 34 Ct., Miramar, FL 33023) -** Value Due on Petition Date: $138,000.00
450 American St.           Payable; $1,500.00/mo. (Mo. 1 to 5)
Simi Valley, CA 93065      $2,721.89/mo. (Mos. 6 to 60)
Acct #0308                 [payments include 5.25% interest]

**2. CENTRAL MORTGAGE (1st Mtg Inv. Prop. #2 - 1431 NW 55 Terr., Miami, FL 33142) -** Value Due on Petition Date: $116,600.00
c/o Brock  & Stott, PLLC   Payable; $1,500.000/mo. (Mo. 1 to 5)
1501 NW 49 St., Ste 200    $2,266.23/mo. (Mos. 6 to 60)
Ft. Lauderdale, FL 33309   [payments include 3.25% interest]
Acct #5075
**Payment includes Property Insurance and Real Estate Taxes

**3. BANK OF AMERICA (1st Mtg Inv. Prop. #3 - 1451 NW 40 St., Miami, FL 33142) -** Value Due on Petition Date: $95,000.00
450 American St.           Payable; $1,000.00/mo. (Mo. 1 to 5)
Simi Valley, CA 93065      $1,876.73/mo. (Mos. 6 to 60)
Acct #0308                 [payments include 5.25% interest]

**4. BANK OF AMERICA (1st Mtg Inv. Prop. #4 - 1300 NW 39 St., Miami, FL 33142) -** Value Due on Petition Date: $95,000.00
450 American St.           Payable; $923.89/mo. (Mo. 1 to 5)
Simi Valley, CA 93065      $1,883.65/mo. (Mos. 6 to 60)
Acct #0308                 [payments include 5.25% interest]

**5. SPECIALIZED LOAN SERVICES (2nd Mtg Inv. Prop. #2 Acct #7430 - 1431 NW 55 Terr., Miami, FL 33142) -** The value of the investment property is $116,000.00. The payoff of the first mortgagee Central Mortgage is $258,816.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Specialized Loan Services in the amount of $56,920.00 will be stripped off and avoided.

**6. GREEN TREE SERVICING (2nd Mtg Inv. Prop. #3 Acct #5042 - 1451 NW 40 St., Miami, FL 33142) -** The value of the investment property is $73,000.00. The payoff of the first mortgagee Bank of America is $352,248.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Specialized Loan Services in the amount of $39,082.00 will be stripped off and avoided.

LF-31 (rev. 01/08/10)

**7. GREEN TREE SERVICING (2nd Mtg Inv. Prop. #4 Acct #7677 - 1300 NW 39 St., Miami, FL 33142) - The value of the investment property is $35,000.00. The payoff of the first mortgagee Bank of America is $324,491.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Specialized Loan Services in the amount of $39,082.00 will be stripped off and avoided.**

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $5.00/mo. (Mos. 1 to 5) & $358.27/mo. (Mos. 6 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS: All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's attorney of any increases in all regular monthly payments during the life of the Chapter 13 Plan.**

**SPECIAL PROVISION: Pursuant to Section 521 (f)(1), the Debtor(s) shall provide a copy of each federal income tax return to the Chapter 13 Trustee required under applicable law, with respect to each tax year of the Debtor ending while the case is pending under such chapter.**

Dated: June 25, 2013

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 25th day of June, 2013.

Law Offices of Michael J. Brooks,
Michael A. Frank,
& Rodolfo De La Guardia
Attorney for Debtor(s)
10 N.W. LeJeune Road, Suite 620
Miami, FL  33126-5431
(305) **443-4217**
Pleadings@bkclawmiami.com


By /s/_____
Michael J. Brooks
Florida Bar No. 434442

LF-31 (rev. 01/08/10)