UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No.: 12-40944-RAM
GERDA WILLIAMS,                                     Chapter 13
Debtor(s).
_____/

**TRUSTEE'S MOTION TO MODIFY PLAN OR IN THE ALTERNATIVE,
DISMISS CASE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

**COMES NOW**, Nancy K. Neidich, Esq., Standing Chapter 13 Trustee, by and through undersigned counsel, and files the instant Motion to Modify and states as follows:

1.  The Confirmed Chapter 13 plan requires the Debtor(s) provide the Trustee with the federal tax returns on or before May 15 for each year the case is pending.

2.  11 U.S.C. § 521(f) enables the Trustee to request the federal tax returns.

3.  The Trustee received the federal tax returns which indicate a substantial increase in the household income.

4.  The household income has increased as follows:

|  | Tax Year 2018 | Tax Year 2017 | Tax Year 2016 |
|---|---|---|---|
| Disclosed income [ECF No. 17] | $120,981.24 | $120,981.24 | $120,981.24 |
| Income on taxes | $291,604.00 | $160,478.00 | $149,644.00 |
| Increase in income of | $170,623.00 | $39,497.00 | $28,663.00 |

5.  As the income has increased, the Trustee requests the Debtor(s) file amended schedules to determine disposable income and modify the plan accordingly.

**WHEREFORE**, the Trustee requests this Honorable Court require amended schedules be filed in order to determine the household disposable income along with a

modified plan or in the alternative, dismiss the case and for any other such relief as may

be deemed necessary by the Court.

Respectfully submitted:
NANCY K. NEIDICH, ESQ
CHAPTER 13 TRUSTEE

/s/
By: ADISLEY CORTEZ-RODRIGUEZ, ESQ.
FLORIDA BAR NO: 0091727
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: ___8/22/2019___

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing and the notice of hearing

generated by ECF was served on Counsel for the Debtor(s) on ___8/22/2019___.

And via first class mail to:

Gerda Williams
605 NW 214 St #103
Miami, FL 33169

2