

**ORDERED in the Southern District of Florida on August 26, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-40944-BKC-RAM
CHAPTER 13

IN RE:
GERDA WILLIAMS,
    Debtor.
_____/

## AMENDED ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO ALLOW REFINANCE OF REAL PROPERTIES AND PAYOFF THE BANKRUPTCY
(Amended as to a new paragraph 3)

THIS CAUSE having come on to be heard at 9:00 a.m., on August 13, 2019, on the Debtor's Emergency Motion to Allow Refinance of Real Property and Payoff the Bankruptcy, [ECF 237] having heard argument of counsel, and based upon the record, it is,

**ORDERED**:

1. The Debtor's Emergency Motion to Allow Refinance of Real Properties and Payoff the Bankruptcy is GRANTED..

2. The Debtor is authorized to enter into the refinancing of real property located at 1431 Northwest 55th Terrace, Miami, FL, 33142, and is legally described as:

> **Lot 5, Block 3, MCCALL PARK, according to the Plat thereof, recorded in Plat Book 21, Page 20, of the Public Records of Miami-Dade County, Florida,**

and the property located at 1300 Northwest 39th Street, Miami, FL 33142, and is more particularly described as follows:

> **Lot 1, Block 50, of NORTH MIAMI ESTATES, a subdivision of Miami-Dade County Florida, according to the Plat thereof, as recorded in Plat Book 5, Page 48, of the Public Records of Miami-Dade County, Florida,**

and the property located at 1451 Northwest 40th Street, Miami, FL 33142, and is more particularly described as follows:

> **Lot 6, Block 5, CORDOVA PARK, according to the Plat thereof, recorded in Plat Book 7, Page 92, of the Public Records of Miami-Dade County, Florida**.

3. The Chapter 13 Trustee will be paid off from the financing to pay off the Debtor's confirmed Chapter 13 Plan. The mortgage company will have 45 days from payment to issue a satisfaction of mortgage, pursuant to Florida Statute.

# # #

Submitted by:
Michael J. Brooks
10 Northwest LeJeune Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael J. Brooks, Esquire
Nancy Neidich, Trustee
Brian L. Rosaler, Esquire
and all creditors

Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order.