UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                        CASE NO: 12-40944-RAM
                                                                              CHAPTER 13

GERDA WILLIAMS,

      Debtor
_____/

### NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO COMPLY WITH THE ORDER CONFIRMING PLAN AND THE ORDER GRANTING MOTION TO REINSTATE CASE
(Request to cancel hearing scheduled for December 10, 2019 at 9:00 AM)

**PLEASE TAKE NOTICE** that Arvest Central Mortgage Company ("Secured Creditor") hereby withdraws its Motion to Dismiss Chapter 13 Case for Failure to Comply with the Order Confirming Plan and the Order Granting Motion to Reinstate Case (Doc 231), that was filed on July 3, 2019. Secured Creditor further requests that the hearing on the Motion that is scheduled for December 10, 2019 at 9:00 AM be cancelled

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Gerda Williams, 6712 SW 34th Court, Hollywood, FL 33023; Michael A. Frank, Esq, 10 NW LeJeune Rd #620, Miami, FL 33126; Nancy K. Neidich, POB 279806, Miramar, FL 33027; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 9th day of December, 2019.

                                        BROCK & SCOTT, PLLC
                                      Attorney for Secured Creditor
                                      2001 Northwest 64th Street, Suite 130
                                      Fort Lauderdale, FL 33309
                                      Phone: 813-342-2200
                                      Fax: 954-618-6954
                                      Floridabklegal@Brockandscott.com

                                      /s/ Patrick Hruby
                                      PATRICK HRUBY, ESQUIRE
                                      Florida Bar No. 0088657

B&S File No. 12-F02142