UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                           CASE NO: 12-40944-RAM
                                                                                                 CHAPTER 13
GERDA WILLIAMS,

     Debtor.
_____/

### ARVEST CENTRAL MORTGAGE COMPANY RESPONSE IN SUPPORT OF TRUSTEE'S MOTION TO MODIFY PLAN OR IN THE ALTERNATIVE, DISMISS CASE

     Arvest Central Mortgage Company, its successors and/or assigns ("Secured Creditor"), by and through its undersigned counsel responds in support of the United States Trustee's Motion to Modify Plan or in the Alternative Dismiss Case (Doc 246; "Motion to Modify") and states as follows:

     1.    On December 31, 2012, Gerda Williams, (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

     2.    Secured Creditor holds a security interest in the Debtor's real property located at 1431 North West 55th Terrace, Miami, FL 33142 (the "Property"), for which Secured Creditor holds Claim No. 3 ("Claim") The Claim evidenced a secured claim of $278,715.57, arrears of $28,715.57 and an ongoing post-petition monthly payment is $1,999.85.

     3.    On August 22, 2019, the United States Trustee filed its Motion to Modify.

     4.    On March 18, 2013, the Court entered an Order Granting Debtor's Verified Motion to Value Claim of Central Mortgage Company (Doc 79; "Valuation Order"). Said Valuation Order provided that Secured Creditor shall have an allowed secured claim of $116,600.00 to be paid over 60 months at 3.25% interest and an unsecured amount of $161,644.68. Additionally, the following payment changes have been filed:

B&S File No.: 12-F02142

| Payment Change Filed Date | Payment Change Effective Date | New Payment | Reason for change |
|---|---|---|---|
| 02/05/2016 | 03/01/2016 | $2,790.39 | Change in escrow from $525.69 to $682.26 |
| 02/01/2017 | 03/01/2017 | $2,712.05 | Change in escrow from $682.26 to $603.92 |
| 02/08/2018 | 03/01/2018 | $2,733.72 | Change in escrow from $603.92 to $625.59 |

5.    On May 11, 2018, Trustee filed Notice of Delinquency in confirmed Chapter 13 Plan Payments (Doc. 211), Debtor was delinquent $111,957.91 and had forty-five (45) days to make all payments due under the Confirmed Plan/Modified Plan, including any payments that become due within the forty-five (45) day period.

6.    On June 19, 2018, this Court entered an Agreed Order Granting Motion for Allowance of Administrative Expenses of Arvest Central Mortgage Company (Doc. 212) (the "Escrow Order"), ordering Debtor to cure post-petition escrow deficiencies totaling $29.866.71 within 45 days of the Escrow Order.

7.    On July 16, 2018, Order Granting Chapter 13 Trustee's Request to Dismiss Case for Failure to Remain Current in Plan Payments (Doc. 215) was entered as Debtor failed to become current.

8.    On April 25, 2019, Debtor filed an Emergency Motion to Reopen Case and Motion to Reinstate Case under the last-confirmed Second Modified Chapter 13 Plan (Doc. 219). In the, Motion Debtor stated that she obtained a refinance for subject property that would allow enough funds to be generated to complete the Chapter 13 Plan, which this Court subsequently granted.

9. Following reinstatement of the Debtor's bankruptcy case, the Debtor paid the remaining amount due under the Valuation Order but has not satisfied other amounts due to Secured Creditor; including, the total due under the Escrow Order, costs incurred in a foreclosure case while the bankruptcy was dismissed, bankruptcy costs and fees, and subsequent escrow advances.

10. As of December 9, 2019, Debtor remains indebted to Secured Creditor in the total amount of $46,128.40[1] (the "Current Amount Due"), broken down as follows:

- Amount due under Escrow Order:  $29,866.71
- Escrow advances following the Escrow Order: $12,250.18
- Escrow balance as of the entry of the Valuation Order: $1,597.52
- Total fees and expenses: $8,071.74
- Less overpayment: -$5,657.75

11. Secured Creditor should be permitted to join in Trustee's Motion to Modify and requests that the Debtor modify her Plan to treat the Current Amount Due.

12. Secured Creditor has incurred attorney's fees as a result of the necessity of the filing of this motion.

---

1 Secured Creditor is holding $19,695.06 from as a loss draft balance from an insurance claim. With Debtor's written permission, this amount may be applied to the Current Amount Due upon payoff.

B&S File No.: 12-F02142

**WHEREFORE**, Secured Creditor prays that this Court enter an Order granting the Motion to Modify and requiring Debtor to address the Current Amount Due, and grant any such further relief that his Court deems just and proper.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: 813-342-2200
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Patrick Hruby
PATRICK HRUBY, ESQUIRE
Florida Bar No.: 0088657

**I CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Gerda Williams, 6712 SW 34th Court, Hollywood, FL 33023; Michael A. Frank, Esq, 10 NW LeJeune Rd #620, Miami, FL 33126; Nancy K. Neidich, POB 279806, Miramar, FL 33027; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 9th day of December, 2019.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: 813-342-2200
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Patrick Hruby
PATRICK HRUBY, ESQUIRE
Florida Bar No.: 0088657

B&S File No.: 12-F02142