Fill in this information to identify the case:

Debtor 1: Gerda Williams

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Florida (State)

Case number: 12-40944-RAM

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Specialized Loan Servicing LLC

**Court claim no.** (if known): 9-1

**Last four digits** of any number you use to identify the debtor's account: 5842

**Does this notice supplement a prior notice of postconversion fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

### Part 1: Itemize PostConversion Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the conversion was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | County Tax: 2018 Year | 05/20/2019 | (8) $2,783.54 |
| 9. | Insurance advances (non-escrow) | Hazard Insurance: Eff. 05/31/2018 | 05/20/2019 | (9) $4,527.00 |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $7,310.54 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Gerda Williams | Case Number (if known) | 12-40944-RAM |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date  07/23/2019

Print  Mukta Suri
First Name   Middle Name   Last Name

Title  Authorized Agent for Specialized Loan Servicing, LLC

Company  Bonial & Associates, P.C.

Address  14841 Dallas Parkway, Suite 425
Number   Street

Dallas, Texas  75254
City   State   ZIP Code

Contact phone  (972) 643-6600        Email  POCInquiries@BonialPC.com

# CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 25, 2019 via electronic notice unless otherwise stated.

**Debtor**   *Via U.S. Mail*
Gerda Williams
6712 SW 34TH COURT
HOLLYWOOD, FL 33023

**Debtors' Attorney**
Michael A. Frank, Esq.
10 NW LeJeune Rd #620
Miami, FL  33126

**Chapter 13 Trustee**
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Respectfully Submitted,

/s/ **Mukta Suri**